LAW OFFICE

# LOUIS P. TANKO, ESQ.
P.O. Box 904
Annapolis, MD 21404

TELEPHONE 410-269-6255

September 21, 2009

Department of the Interior
1849 C Street, NW
Washington, DC 20240

      RE:   My Client/Claimant:  Jose T. Chacon-Trinadad
               Date of Accident:     May 12, 2008
               Case No.:              017502

Dear Sir/Madam:

    I represent the above-referenced claimant for injuries and damages sustained in an automobile accident occurring on property owned by the Department of the Interior on May 12, 2008. In regard to same, kindly find enclosed the following:

1.) Standard Form 95 (Claim for Damage, Injury, or Death)
2.) Form G-28 (Notice of Entry of Appearance as Attorney or Representative)
3.) Form 10-413 (Motor Vehicle Traffic Accident Report)
4.) Itemized statement of Washington Hospital Center for services rendered to the claimant from May 12, 2009 to May 14, 2009 in the amount of $26,959.08
5.) Itemized statement of Center Radiology, PC for services rendered to the claimant on May 12, 2008 in the amount of $1883.00

    I am awaiting receipt of further medical documentation and will provide this to you upon receipt. Please contact me at your earliest convenience to discuss possible resolution of this matter. Thank you for your anticipated cooperation.

                        Sincerely,

                        Louis P. Tanko

LPT/tl
enclosures

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Department of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240 | Jose T. Chacon-Trinadad<br>7413 Leahy Road<br>New Carrollton, MD 20784 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>05-06-69 | 5. MARITAL STATUS<br>married | 6. DATE AND DAY OF ACCIDENT<br>May 12, 2008, | 7. TIME (A.M. OR P.M.)<br>2:00 A.M. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The government agency negligently maintained the property where a road used by the public in general passes through. Specifically, shrubs and trees were not trimmed and cut back from the roadway, and dead/decaying trees were not cleared. As a result of the negligence, a tree fell onto the roadway and onto the vehicle which claimant was driving, causing personal injury and property damage. See attached police report.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

The 1994 Toyota Tacoma involved in the accident was totalled. The vehicle is no longer available, but photographs of the damage are in possession of the claimant.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See attached medical records.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| none yet known | |

12. (See instructions on reverse.)    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $5,000.00 | $100,000.00 | | $105,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|
| Jose CHACON | 410-269-6255 | 5-21-09 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109    NSN 7540-00-634-4046    STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Immigration and Naturalization Service  **as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: Jose T. Chacon-Trinadad | Date: September 16, 2009 |
| --- | --- |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: Jose T. Chacon-Trinadad      [✓] Petitioner  [ ] Applicant  [ ] Beneficiary

Address: (Apt. No.) (Number & Street) 7413 Leahy Road  (City) New Carrollton  (State) MD  (Zip Code) 20784

Name:      [ ] Petitioner  [ ] Applicant  [ ] Beneficiary

Address: (Apt. No.) (Number & Street) (City) (State) (Zip Code)

Check Applicable Item(s) below:

[✓] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia  **Maryland**      **Court of Appeals**  and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

[ ] 4. Others (Explain Fully.)

| SIGNATURE [signature] | COMPLETE ADDRESS P.O. Box 904 Annapolis, MD 21404 |
| --- | --- |
| NAME (Type or Print) Louis P. Tanko | TELEPHONE NUMBER 410-269-6255 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

Louis P. Tanko
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| Name of Person Consenting Jose T. Chacon-Trinadad | Signature of Person Consenting Jose Chacon | Date 5-21-09 |
| --- | --- | --- |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

EXHIBIT B



# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

IN REPLY REFER TO:

November 10, 2009

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

United States Department of Agriculture
Office of the General Counsel
Room 107W, Whitten Building
1400 Independence Ave, SW.
Washington, D.C. 20250-1400

    Re:    FTCA Claim of Jose T. Chacon-Trinadad
            d/o/l: 5/12/08

Dear Counsel:

The Department of the Interior received the enclosed FTCA claim. Our investigation determined that the property in question is not managed by the Department of the Interior, but may possibly be associated with the Department of Agriculture. In accordance with 28 C.F.R. § 14.2(b)(1), we are forwarding this claim to your office for administrative handling.

Sincerely,

*[signature]* For

James L. Weiner
Assistant Solicitor
Branch of Acquisitions
   and Intellectual Property
Division of General Law

Enclosure

cc:   Louis P. Tanko, Esq.
      Post Office Box 904
      Annapolis, Maryland 21404